UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| ROY MCGRAW, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:10-cv-198 |
| v. ) | Judge Mattice |
| ) | |
| MICHAEL J. ASTRUE, ) | Magistrate Judge Carter |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

# ORDER

United States Magistrate Judge William B. Carter filed his Report and Recommendation [Court Doc. 15] pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Plaintiff has filed timely objections. [Court Doc. 16].

The Court has reviewed *de novo* those portions of Magistrate Judge Carter's Report and Recommendation to which Plaintiff has objected. *See* Fed. R. Civ. P. 72(b). The Court finds that Plaintiff's objections raise no new arguments and simply reiterate issues that he previously raised in support of his Motion for Summary Judgment. Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Carter's well-reasoned and well-supported Report and Recommendation, in which he fully addressed Plaintiff's arguments.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's objections [Court Doc. 16] are **OVERRULED**. Plaintiff's Motion for Summary Judgment [Court Doc. 10] is **DENIED**. Defendant's Motion for Summary Judgment [Court Doc. 13] is **GRANTED**. The Commissioner's denial of benefits is **AFFIRMED** and the

instant action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the case.

SO ORDERED this 15th day of September, 2011.

                                            */s/Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE